**Fill in this information to identify the case:**

Debtor name    **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2020**        X */s/ J.R. Walker, Jr.*
                                            Signature of individual signing on behalf of debtor

                                            **J.R. Walker, Jr.**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $ _____ 422,456.16

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $ _____ 422,456.16

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 0.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 48,899,175.21

4.    **Total liabilities** ...........................................................................................................    $ _____ 48,899,175.21
   Lines 2 + 3a + 3b

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Full Analysis Business Checking Account [balance as of 02/04/2020]** | **Operating** | **2858** | **$226,469.55** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$226,469.55**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| | 11a. 90 days old or less: | **106,092.60** | - | **0.00** | = .... | **$106,092.60** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Annapolis Junction Rail Solutions, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$106,092.60

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.     **Aircraft and accessories** | | | |
| 50.     **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Office Equipment, Vehicles and Other<br>equipment [balance as of 00/04/2020]** | $89,894.01 | | $89,894.01 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$89,894.01

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Annapolis Junction Rail Solutions, LLC**          Case number *(If known)* _____
        Name

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|

71.   **Notes receivable**
    Description (include name of obligor)
    **Intercompany loan due from North**    1,127,894.59  –    1,127,894.59  =
    **American Rail Solutions, LLC**    Total face amount    doubtful or uncollectible amount
    **[balance as of 02/04/2020]**                    **$0.00**

72.   **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                  **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Annapolis Junction Rail Solutions, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $226,469.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $106,092.60 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $89,894.01 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $422,456.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $422,456.16 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|  | **FL Dept. of Revenue** **5050 W. Tennessee St.** **Tallahassee, FL 32399** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|  | **FL Dept. of State** **Clifton Building** **2661 Executive Center Dr.** **Tallahassee, FL 32301** | ☐ Contingent  ☐ Unliquidated  ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No  ☐ Yes |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    43965                    Best Case Bankruptcy

Debtor    **Annapolis Junction Rail Solutions, LLC**                          Case number (if known) _____
　　　　　　Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.3    Priority creditor's name and mailing address    As of the petition filing date, the claim is:    $0.00    $0.00

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,507,059.89** |

**Central States Pension Fund**
**9377 W. Higgins Rd.**
**Rosemont, IL 60018-4938**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **5801**

Basis for the claim:  **Withdrawal Liability [balance as of 01/27/2020]**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,511.32** |

**CSX Transportation**
**CSXT Govt. Billing**
**P.O. Box 530192**
**Atlanta, GA 30353-0192**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential damage claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,294,604.00** |

**Freight Drivers & Helpers Local**
**Union No. 557 Pension Plan**
**9411 Philadelphia Rd., Ste. S**
**Baltimore, MD 21237**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Estimated Withdrawal Liability [balance as of 12/31/2018]**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Synergy Select**
**30 E. State St.**
**P.O. Box 332**
**Sharon, PA 16146**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Potential claim for workers' compensation payments**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

---

| Debtor | **Annapolis Junction Rail Solutions, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony E. Napoli, Esq.**<br>**Central States Funds, SE and**<br>**SW Areas Pension Funds**<br>**9377 W. Higgins Rd.**<br>**Rosemont, IL 60018** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 48,899,175.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 48,899,175.21 |

**Fill in this information to identify the case:**

Debtor name    **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Automobile Terminal Operations Agreement for the Annapolis Junction Distribution Terminal** | |
| State the term remaining | | |
| List the contract number of any government contract | _____ | **Total Distribution Services, Inc.** **500 Water St.** **Jacksonville, FL 32202** |

**Fill in this information to identify the case:**

Debtor name   **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Colorado Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Central States Pension Fund** | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |
| 2.2 | **Colorado Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Freight Drivers & Helpers Local** | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |
| 2.3 | **Flint Rail Services, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Central States Pension Fund** | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |
| 2.4 | **Flint Rail Services, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Freight Drivers & Helpers Local** | ☐ D _____ ■ E/F ___3.3___ ☐ G _____ |

Debtor    **Annapolis Junction Rail Solutions, LLC**    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Lordstown, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Central States Pension Fund** | ☐ D _____<br>▮ E/F   **3.1**<br>☐ G _____ |
| 2.6 | **Lordstown, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Freight Drivers & Helpers Local** | ☐ D _____<br>▮ E/F   **3.3**<br>☐ G _____ |
| 2.7 | **Michigan Rail Services, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Central States Pension Fund** | ☐ D _____<br>▮ E/F   **3.1**<br>☐ G _____ |
| 2.8 | **Michigan Rail Services, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Freight Drivers & Helpers Local** | ☐ D _____<br>▮ E/F   **3.3**<br>☐ G _____ |
| 2.9 | **Mid-West Rail Solutions, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Central States Pension Fund** | ☐ D _____<br>▮ E/F   **3.1**<br>☐ G _____ |
| 2.10 | **Mid-West Rail Solutions, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Freight Drivers & Helpers Local** | ☐ D _____<br>▮ E/F   **3.3**<br>☐ G _____ |
| 2.11 | **North American Rail Solutions, LLC** | 5000 U.S. Highway 17<br>Suite 18 #233<br>Fleming Island, FL 32003 | **Central States Pension Fund** | ☐ D _____<br>▮ E/F   **3.1**<br>☐ G _____ |

| Debtor | **Annapolis Junction Rail Solutions, LLC** | Case number *(if known)* |
|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **North American Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Freight Drivers & Helpers Local** | ☐ D _____<br>■ E/F  __3.3__<br>☐ G _____ |
| 2.13 | **South Florida Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Central States Pension Fund** | ☐ D _____<br>■ E/F  __3.1__<br>☐ G _____ |
| 2.14 | **South Florida Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Freight Drivers & Helpers Local** | ☐ D _____<br>■ E/F  __3.3__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Annapolis Junction Rail Solutions, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$0.00** |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$6,269,638.64** |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other   **Gross Receipts** | **$6,989,595.20** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **Annapolis Junction Rail Solutions, LLC**    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached check register.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Central States, Southeast and Southwest Areas Pension Fund and Arthur H. Bunte, Jr., as Trustee vs. Annapolis Junction Rail Solutions, LLC, et al.**<br>**1:19-cv-01260** | **ERISA Withdrawal Liability** | **United States District Court Northern District of Illinois Eastern Division** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Annapolis Junction Rail Solutions, LLC**                                    Case number *(if known)*

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thames Markey & Heekin, PA<br>50 North Laura Street<br>Suite 1600<br>Jacksonville, FL 32202** | **Attorney Fees** | **02/04/2020** | **$2,500.00** |
| | **Email or website address<br>abd@tmhlaw.net** | | | |
| | **Who made the payment, if not debtor?<br>North American Rail Solutions, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Annapolis Junction Rail Solutions, LLC**                          Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**

    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Annapolis Junction Rail Solutions, LLC**                                    Case number *(if known)*

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor   **Annapolis Junction Rail Solutions, LLC**                          Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **North American Rail Solutions, LLC** | **5000 U.S. Highway 17 Suite 18 #233 Fleming Island, FL 32003** | **Owner** | **100% ownership interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor      **Annapolis Junction Rail Solutions, LLC**                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **North American Rail Solutions, LLC** | **EIN:**    **20-1361479** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
|  | **EIN:** |
| **Freight Drivers & Helpers Local Union No. 557 Pension Plan** | **EIN:** |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February  5, 2020**

**/s/ J.R. Walker, Jr.**                                        **J.R. Walker, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# Annapolis Junction Rail Solutions, LLC
## Bank Account Register
Bank of America

November 1, 2019 - February 4, 2020

| Date | Reference | Payee ID | Description | Checks/ Payments | Deposits/ Additions | Balance |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | | | 327,011.42 |
| 11/01/19 | | SOSCONSULT | SOS Consulting, LP | 2,000.00 | | 325,011.42 |
| 11/01/19 | 5052292 | | Deposit | | 144.96 | 325,156.38 |
| 11/01/19 | AFLAC | AFLAC HHG43 | Aflac, Inc | 1,977.70 | | 323,178.68 |
| 11/01/19 | AM FUNDS | AMERICAN | American Funds Investment payroll 10-11-19 | 85.10 | | 323,093.58 |
| 11/01/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 10-18-19 | 85.10 | | 323,008.48 |
| 11/01/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 10-25-19 | 120.83 | | 322,887.65 |
| 11/04/19 | AFLAC | AFLAC MAE91 | Aflac Inc. | 818.16 | | 322,069.49 |
| 11/05/19 | 5052300 | | Deposit | | 10,129.87 | 332,199.36 |
| 11/06/19 | 5052304 | | Deposit | | 110,441.40 | 442,640.76 |
| 11/07/19 | 8047 | BAURELECT | Baur Electric, Inc. | 5,291.02 | | 437,349.74 |
| 11/07/19 | 8048 | CINTA631025 | Cintas | 1,123.28 | | 436,226.46 |
| 11/07/19 | 8049 | CIN630803 | Cintas Corp #47M | 1,118.97 | | 435,107.49 |
| 11/07/19 | 8050 | COMMMAINT | Commercial Maintenance & Mgmt | 1,822.60 | | 433,284.89 |
| 11/07/19 | 8051 | CSXCLAIMS | CSX Transportation, Inc. | 2,000.46 | | 431,284.43 |
| 11/07/19 | 8052 | ENTRYCONTR | Entry Control Systems, Inc. | 295.00 | | 430,989.43 |
| 11/07/19 | 8053 | GRIFFITH01 | Griffith Energy Services, Inc. | 1,978.82 | | 429,010.61 |
| 11/07/19 | 8054 | JMSMITH | J.M. Smith Janitorial Services LLC | 1,567.68 | | 427,442.93 |
| 11/07/19 | 8055 | JMSMITH | J.M. Smith Janitorial Services LLC | 286.78 | | 427,156.15 |
| 11/07/19 | 8056 | OCCUPAT01 | Occupational Health Centers of the Southwest PA | 101.50 | | 427,054.65 |
| 11/07/19 | 8057 | OCCUPAT01 | Occupational Health Centers of the Southwest PA | 303.37 | | 426,751.28 |
| 11/07/19 | 8058 | OCCUPAT01 | Occupational Health Centers of the Southwest PA | 101.70 | | 426,649.58 |
| 11/07/19 | 8059 | QBS | Quality Business Solutions | 424.05 | | 426,225.53 |
| 11/07/19 | 8060 | RANDSTAD01 | Randstad USA | 4,733.33 | | 421,492.20 |
| 11/07/19 | 8061 | SECURITAS | Securitas Security Services USA, Inc. | 9,562.94 | | 411,929.26 |
| 11/07/19 | 64698948 | QUALITY | Quality Business Leasing | 428.88 | | 411,500.38 |
| 11/07/19 | 65501583 | QUALITY | Quality Business Leasing | 350.25 | | 411,150.13 |
| 11/07/19 | 4032308204 | CIN630803 | Cintas Corp #47M | 353.08 | | 410,797.05 |
| 11/08/19 | Payroll | | Payroll Data Entry 11-08-19 | 56,776.91 | | 354,020.14 |
| 11/12/19 | 5052327 | | Deposit | | 97,159.44 | 451,179.58 |
| 11/12/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 11-01-19 | 120.83 | | 451,058.75 |
| 11/13/19 | 5052335 | | Deposit | | 24,055.54 | 475,114.29 |
| 11/13/19 | AFLAC | AFLAC HHG43 | Aflac, Inc | 1,951.00 | | 473,163.29 |
| 11/15/19 | | | Deposit from MAIN | | 7,426.13 | 480,589.42 |
| 11/15/19 | | | Wire Transfer -Jeffrey Love | 245.22 | | 480,344.20 |
| 11/15/19 | | | Deposit - Payroll Company | | 167.89 | 480,512.09 |
| 11/15/19 | AM FUNDS | AMERICAN | American Funds Investment 11-08-19 payroll | 120.83 | | 480,391.26 |
| 11/15/19 | Payroll | | Payroll Data Entry 11-15-19 | 58,942.15 | | 421,449.11 |
| 11/18/19 | 8062 | NYH&WFUND | New York State Teams-Health & Hospital Fund | 1,916.42 | | 419,532.69 |
| 11/18/19 | 8064 | COMMMAINT | Commercial Maintenance & Mgmt | 1,969.70 | | 417,562.99 |
| 11/18/19 | 8065 | GRIFFITH01 | Griffith Energy Services, Inc. | 2,761.35 | | 414,801.64 |
| 11/18/19 | 8066 | NYH&WFUND | New York State Teams-Health & Hospital Fund | 47,142.47 | | 367,659.17 |
| 11/18/19 | 8067 | TEAM401K | Teamsters National 401(K) | 3,465.52 | | 364,193.65 |
| 11/18/19 | 8068 | TEAMS355 | Teamsters Local 355-Union Dues | 2,104.00 | | 362,089.65 |
| 11/18/19 | 8069 | RANDSTAD01 | Randstad USA | 1,504.20 | | 360,585.45 |
| 11/18/19 | 8070 | CINTA631025 | Cintas | 104.94 | | 360,480.51 |
| 11/18/19 | 8071 | BAURELECT | Baur Electric, Inc. | 7,891.18 | | 352,589.33 |
| 11/18/19 | 8072 | BAURELECT | Baur Electric, Inc. | 7,508.03 | | 345,081.30 |
| 11/18/19 | 8073 | SECURITAS | Securitas Security Services USA, Inc. | 6,375.28 | | 338,706.02 |
| 11/18/19 | 8074 | EAAJAC | Eastern Area Automobile | 75.00 | | 338,631.02 |

## Annapolis Junction Rail Solutions, LLC
### Bank Account Register
Bank of America
November 1, 2019 - February 4, 2020

| Date | Reference | Payee ID | Description | Checks/ Payments | Deposits/ Additions | Balance |
|---|---|---|---|---|---|---|
| 11/18/19 | 5052350 | | Deposit | | 1,528.73 | 340,159.75 |
| 11/19/19 | | CIN630803 | Cintas Corp #47M | 335.95 | | 339,823.80 |
| 11/19/19 | | CIN630803 | Cintas Corp #47M | 335.96 | | 339,487.84 |
| 11/20/19 | 5052361 | | Deposit | | 116,348.52 | 455,836.36 |
| 11/22/19 | Payroll | | Payroll Data Entry 11-22-19 | 67,081.27 | | 388,755.09 |
| 11/25/19 | | REPUBLIC | Republic Services #050 | 1,966.58 | | 386,788.51 |
| 11/26/19 | 8075 | GRIFFITH01 | Griffith Energy Services, Inc. | 1,526.72 | | 385,261.79 |
| 11/26/19 | 8076 | RANDSTAD01 | Randstad USA | 1,528.73 | | 383,733.06 |
| 11/26/19 | 8078 | QUILL001 | Quill Corporation | 216.41 | | 383,516.65 |
| 11/26/19 | 8079 | CIN630803 | Cintas Corp #47M | 1,147.80 | | 382,368.85 |
| 11/26/19 | 8080 | FREIGHTDRI | Freight Drivers & Helpers-Local 557 Pension | 50,615.53 | | 331,753.32 |
| 11/26/19 | 8081 | COMMMAINT | Commercial Maintenance & Mgmt | 1,988.33 | | 329,764.99 |
| 11/26/19 | 8082 | COMMMAINT | Commercial Maintenance & Mgmt | 366.40 | | 329,398.59 |
| 11/27/19 | | QUALITY | Quality Business Leasing | 350.25 | | 329,048.34 |
| 11/29/19 | | VERIZON01 | Verizon | 161.95 | | 328,886.39 |
| 11/29/19 | Payroll | | Payroll Data Entry 11-29-19 | 56,151.10 | | 272,735.29 |
| 11/30/19 | 5052399 | | Deposit | | 123,505.92 | 396,241.21 |
| 12/02/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 11-15-19 | 120.83 | | 396,120.38 |
| 12/02/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 11-22-19 | 120.83 | | 395,999.55 |
| 12/02/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 11-29-19 | 120.83 | | 395,878.72 |
| 12/04/19 | 5052440 | | Deposit | | 5,312.62 | 401,191.34 |
| 12/05/19 | 5052446 | | Deposit | | 133,943.04 | 535,134.38 |
| 12/06/19 | 8083 | COMMMAINT | Commercial Maintenance & Mgmt | 1,000.84 | | 534,133.54 |
| 12/06/19 | 8084 | COMMMAINT | Commercial Maintenance & Mgmt | 509.10 | | 533,624.44 |
| 12/06/19 | 8085 | GRIFFITH01 | Griffith Energy Services, Inc. | 2,185.72 | | 531,438.72 |
| 12/06/19 | 8086 | GRIFFITH01 | Griffith Energy Services, Inc. | 2,260.14 | | 529,178.58 |
| 12/06/19 | 8087 | OCCUPAT01 | Occupational Health Centers of the Southwest PA | 101.50 | | 529,077.08 |
| 12/06/19 | 8088 | SECURITAS | Securitas Security Services USA, Inc. | 3,187.64 | | 525,889.44 |
| 12/06/19 | 8089 | RANDSTAD01 | Randstad USA | 1,602.30 | | 524,287.14 |
| 12/06/19 | 8090 | JMSMITH | J.M. Smith Janitorial Services LLC | 1,567.68 | | 522,719.46 |
| 12/06/19 | Payroll | | Payroll Data Entry 12-06-19 | 82,749.71 | | 439,969.75 |
| 12/10/19 | 5052470 | | Deposit | | 6,977.60 | 446,947.35 |
| 12/10/19 | AFLAC | AFLAC MAE91 | Aflac Inc. | 1,022.70 | | 445,924.65 |
| 12/11/19 | AFLAC | AFLAC HHG43 | Aflac, Inc. | 2,578.67 | | 443,345.98 |
| 12/12/19 | 5052485 | | Deposit | | 129,111.11 | 572,457.09 |
| 12/13/19 | 8091 | APPPRINTGR | Apparel, Printing & Graphics, LLC | 3,017.95 | | 569,439.14 |
| 12/13/19 | 8092 | CIN630803 | Cintas Corp #47M | 1,195.07 | | 568,244.07 |
| 12/13/19 | 8093 | CINTA 803 | Cintas Corporation | 578.97 | | 567,665.10 |
| 12/13/19 | 8094 | COMMMAINT | Commercial Maintenance & Mgmt | 3,860.39 | | 563,804.71 |
| 12/13/19 | 8095 | CSXCLAIMS | CSX Transportation, Inc. | 1,064.65 | | 562,740.06 |
| 12/13/19 | 8097 | GRIFFITH01 | Griffith Energy Services, Inc. | 1,035.93 | | 561,704.13 |
| 12/13/19 | 8098 | NATIONAUTO | NATLD | 550.00 | | 561,154.13 |
| 12/13/19 | 8099 | NYH&WFUND | New York State Teams-Health & Hospital Fund | 50,081.88 | | 511,072.25 |
| 12/13/19 | 8100 | QUILL001 | Quill Corporation | 72.02 | | 511,000.23 |
| 12/13/19 | 8101 | RANDSTAD01 | Randstad USA | 1,626.83 | | 509,373.40 |
| 12/13/19 | 8103 | SECURITAS | Securitas Security Services USA, Inc. | 3,187.63 | | 506,185.77 |
| 12/13/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 12-06-19 | 120.83 | | 506,064.94 |
| 12/13/19 | AM FUNDS | AMERICAN | American Funds Investment Payroll 12-13-19 | 120.83 | | 505,944.11 |
| 12/13/19 | Payroll | | Payroll Data Entry 12-13-19 | 51,538.78 | | 454,405.33 |
| 12/19/19 | 5052503 | | Deposit | | 7,092.56 | 461,497.89 |
| 12/20/19 | 8104 | | Raymond Baublitz | 26.28 | | 461,471.61 |
| 12/20/19 | 8105 | COMMMAINT | Commercial Maintenance & Mgmt | 557.30 | | 460,914.31 |

# Annapolis Junction Rail Solutions, LLC
## Bank Account Register
### Bank of America
November 1, 2019 - February 4, 2020

| Date | Reference | Payee ID | Description | Checks/ Payments | Deposits/ Additions | Balance |
|---|---|---|---|---|---|---|
| 12/20/19 | 8106 | COMMMAINT | Commercial Maintenance & Mgmt | 1,898.50 | | 459,015.81 |
| 12/20/19 | 8107 | COMMMAINT | Commercial Maintenance & Mgmt | 248.99 | | 458,766.82 |
| 12/20/19 | 8108 | GRIFFITH01 | Griffith Energy Services, Inc. | 651.18 | | 458,115.64 |
| 12/20/19 | 8109 | ENTRYCONTR | Entry Control Systems, Inc. | 245.00 | | 457,870.64 |
| 12/20/19 | 8110 | CINTA631025 | Cintas | 209.88 | | 457,660.76 |
| 12/20/19 | 8111 | CIN630803 | Cintas Corp #47M | 1,108.79 | | 456,551.97 |
| 12/20/19 | 8112 | RANDSTAD01 | Randstad USA | 4,768.15 | | 451,783.82 |
| 12/20/19 | 8113 | SECURITAS | Securitas Security Services USA, Inc. | 9,790.61 | | 441,993.21 |
| 12/20/19 | Payroll | | Payroll Data Entry 12-20-19 | 159,337.07 | | 282,656.14 |
| 12/20/19 | WIRE TRANSFER | | Anna Harrington | 386.62 | | 282,269.52 |
| 12/20/19 | WIRE TRANSFER | | Brandon Askew | 589.29 | | 281,680.23 |
| 12/26/19 | | REPUBLIC | Republic Services #050 | 2,350.23 | | 279,330.00 |
| 12/26/19 | TRANS MAIN | | Transfer To Main 12-26-19 | 50,000.00 | | 229,330.00 |
| 12/27/19 | 8114 | COMMMAINT | Commercial Maintenance & Mgmt | 1,355.60 | | 227,974.40 |
| 12/27/19 | 8115 | COMMMAINT | Commercial Maintenance & Mgmt | 681.00 | | 227,293.40 |
| 12/27/19 | 8116 | COMMMAINT | Commercial Maintenance & Mgmt | 959.32 | | 226,334.08 |
| 12/27/19 | 8117 | GRIFFITH01 | Griffith Energy Services, Inc. | 2,734.17 | | 223,599.91 |
| 12/27/19 | 8118 | JMSMITH | J.M. Smith Janitorial Services LLC | 871.78 | | 222,728.13 |
| 12/27/19 | 8119 | PHYSIOTHERA | Physiotherapy Associates, Inc. | 825.00 | | 221,903.13 |
| 12/27/19 | 8120 | FREIGHTDRI | Freight Drivers & Helpers-Local 557 Pension | 54,195.19 | | 167,707.94 |
| 12/27/19 | 8121 | QUILL001 | Quill Corporation | 232.03 | | 167,475.91 |
| 12/27/19 | 8122 | TEAM401K | Teamsters National 401(K) | 3,791.35 | | 163,684.56 |
| 12/27/19 | 8123 | TEAMS355 | Teamsters Local 355-Union Dues | 2,004.00 | | 161,680.56 |
| 12/31/19 | | AFLAC HHG43 | Aflac, Inc | 1,992.76 | | 159,687.80 |
| 12/31/19 | | VERIZON01 | Verizon | 162.24 | | 159,525.56 |
| 12/31/19 | 8124 | GRIFFITH01 | Griffith Energy Services, Inc. | 1,858.27 | | 157,667.29 |
| 12/31/19 | 8125 | JMSMITH | J.M. Smith Janitorial Services LLC | 272.00 | | 157,395.29 |
| 12/31/19 | 8126 | NYH&WFUND | New York State Teams-Health & Hospital Fund | 33,401.44 | | 123,993.85 |
| 12/31/19 | 8127 | RANDSTAD01 | Randstad USA | 1,705.88 | | 122,287.97 |
| 12/31/19 | 8128 | SECURITAS | Securitas Security Services USA, Inc. | 3,187.64 | | 119,100.33 |
| 12/31/19 | 8129 | TEAM401K | Teamsters National 401(K) | 691.13 | | 118,409.20 |
| 12/31/19 | AFLAC | AFLAC MAE91 | Aflac Inc. | 818.16 | | 117,591.04 |
| 12/31/19 | TRANS MAIN | | Transfer To Main 12-31-19 | 30,000.00 | | 87,591.04 |
| 01/06/20 | TRANS MAIN | | Transfer To Main 01-06-2020 | 10,000.00 | | 77,591.04 |
| 01/07/20 | | | Payroll - Payment | 326.74 | | 77,264.30 |
| 01/08/20 | 5052596 | | Deposit | | 5,165.52 | 82,429.82 |
| 01/10/20 | 5052600 | | Deposits | | 218,364.12 | 300,793.94 |
| 01/14/20 | 8135 | CIN630803 | Cintas Corp #47M | 353.08 | | 300,440.86 |
| 01/14/20 | 8136 | EAAJAC | Eastern Area Automobile | 70.00 | | 300,370.86 |
| 01/14/20 | 8137 | FREIGHTDRI | Freight Drivers & Helpers-Local 557 Pension | 36,378.94 | | 263,991.92 |
| 01/14/20 | 8138 | JMSMITH | J.M. Smith Janitorial Services LLC | 391.14 | | 263,600.78 |
| 01/14/20 | 8139 | NATIONAUTO | NATLD | 1,100.00 | | 262,500.78 |
| 01/17/20 | | | I-Solved Payroll | 520.00 | | 261,980.78 |
| 01/30/20 | 8140 | NATIONAUTO | NATLD | 1,100.00 | | 260,880.78 |
| 01/30/20 | 8141 | NYH&WFUND | New York State Teams-Health & Hospital Fund | 1,401.60 | | 259,479.18 |
| 02/03/20 | TRANS MAIN | | Transfer To Main 02-03-2020 | 25,000.00 | | 234,479.18 |
| 02/04/20 | | | Counter Deposit 02-04-2020 | | 6,990.37 | 241,469.55 |
| 02/04/20 | TRANS MAIN | | Transfer To Main 02-04-2020 | 15,000.00 | | 226,469.55 |
| | | | Totals | 1,104,407.21 | 1,003,865.34 | 226,469.55 |

Transaction count = 149

# United States Bankruptcy Court
## Middle District of Florida

In re   __Annapolis Junction Rail Solutions, LLC__                Case No. _____

                                      Debtor(s)         Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __February  5, 2020__              __/s/ J.R. Walker, Jr._____

                                                 **J.R. Walker, Jr./Managing Member**
                                                   Signer/Title

.

Annapolis Junction Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Richard R. Thames
Thames Markey & Heekin, PA
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

Anthony E. Napoli, Esq.
Central States Funds, SE and
SW Areas Pension Funds
9377 W. Higgins Rd.
Rosemont, IL 60018

Central States Pension Fund
9377 W. Higgins Rd.
Rosemont, IL 60018-4938

Colorado Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

CSX Transportation
CSXT Govt. Billing
P.O. Box 530192
Atlanta, GA 30353-0192

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

Flint Rail Services, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Freight Drivers & Helpers Local
Union No. 557 Pension Plan
9411 Philadelphia Rd., Ste. S
Baltimore, MD 21237

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lordstown, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Michigan Rail Services, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Mid-West Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

North American Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

North American Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18, #233
Fleming Island, FL 32003

South Florida Rail Solutions, LLC
5000 U.S. Highway 17
Suite 18 #233
Fleming Island, FL 32003

Synergy Select
30 E. State St.
P.O. Box 332
Sharon, PA 16146

Total Distribution Services, Inc.
500 Water St.
Jacksonville, FL 32202