Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 20-00394-3F7 JAF | **Trustee:** (290790)  GREGORY L. ATWATER |
| **Case Name:** ANNAPOLIS JUNCTION RAIL SOLUTIONS, | **Filed (f) or Converted (c):** 02/05/20 (f) |
| | **§341(a) Meeting Date:** 03/10/20 |
| **Period Ending:** 06/30/20 | **Claims Bar Date:** 05/14/20 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Operating Account at Bank of America Full Analys<br>Imported from original petition Doc# 3 | 226,469.55 | 226,551.15 | | 226,551.15 | FA |
| 2 | Notes Receivable: Intercompany loan due from Nor<br>Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $106,092.<br>Imported from original petition Doc# 3 | 106,092.60 | 0.00 | | 0.00 | FA |
| 4 | Office Equipment, Vehicles and Other equipment<br>Imported from original petition Doc# 3 | 89,894.01 | 89,894.01 | | 0.00 | 89,894.01 |
| 5 | REFUNDS  (u) | 0.00 | 1,000.00 | | 405.07 | 594.93 |
| 5 | **Assets**   **Totals** (Excluding unknown values) | **$422,456.16** | **$317,445.16** | | **$226,956.22** | **$90,488.94** |

**Major Activities Affecting Case Closing:**

    TRUSTEE IS INVESTIGATING EQUIPMENT, BANK ACCOUNTS AND REFUNDS.

    2-10-2020  ASSET NOTICE FILED.

    2-10-2020  APPLICATION TO EMPLOY STEVEN VANDERWILT AS ACCOUNTANT FOR THE ESTATE FILED.

    2-10-2020  ORDER AUTHORIZING STEVEN M. VANDEERWILT AS ACCOUNTANT FOR THE ESTATE ENTERED.

    2-11-2011  APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE FILED.

    2-11-2011  ORDER APPROVING APPLICATION TO EMPLOY EUGENE JOHNSON AS ATTORNEY FOR THE ESTATE ENTERED.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 20-00394-3F7 JAF  
**Case Name:** ANNAPOLIS JUNCTION RAIL SOLUTIONS,  
**Period Ending:** 06/30/20

**Trustee:** (290790) GREGORY L. ATWATER  
**Filed (f) or Converted (c):** 02/05/20 (f)  
**§341(a) Meeting Date:** 03/10/20  
**Claims Bar Date:** 05/14/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3-10-2020  TRUSTEE COLLECTED FUNDS FROM BANK ACCOUNT.

5-20-2020  CLAIMS REVIEW COMPLETE.

6-17-2020  ATTORNEY FOR THE ESTATE IS CONTINUING TO INVESTIGATE ASSETS OF THE CORPORATION INCLUDING  EQUIPMENT AND REFUNDS.

**Initial Projected Date Of Final Report (TFR):** December 30, 2020      **Current Projected Date Of Final Report (TFR):** December 30, 2020

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 20-00394-3F7 JAF
**Case Name:** ANNAPOLIS JUNCTION RAIL SOLUTIONS,

**Taxpayer ID #:** **-***6123
**Period Ending:** 06/30/20

**Trustee:** GREGORY L. ATWATER (290790)
**Bank Name:** Mechanics Bank
**Account:** ******2566 - Checking Account
**Blanket Bond:** $32,583,498.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/20 | {1} | ANNAPOLIS JUNCTION RAIL SOLUTIONS LLC | BANK OF AMERICA BANK ACCOUNT ENDING IN XXXX2858 | 1129-000 | 226,551.15 | | 226,551.15 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 181.05 | 226,370.10 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 361.82 | 226,008.28 |
| 05/19/20 | {5} | OHC OF THE SOUTHWEST PA (TX) | REFUNDS | 1290-000 | 101.70 | | 226,109.98 |
| 05/19/20 | {5} | OHC OF THE SOUTHWEST, PA (TX) | REFUNDS | 1290-000 | 303.37 | | 226,413.35 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 349.39 | 226,063.96 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 385.41 | 225,678.55 |
| | | **ACCOUNT TOTALS** | | | 226,956.22 | 1,277.67 | $225,678.55 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 226,956.22 | 1,277.67 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$226,956.22** | **$1,277.67** | |

{} Asset reference(s)

Printed: 07/28/2020 10:20 AM   V.14.66

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 20-00394-3F7 JAF  
**Case Name:** ANNAPOLIS JUNCTION RAIL SOLUTIONS,

**Taxpayer ID #:** **-***6123  
**Period Ending:** 06/30/20

**Trustee:** GREGORY L. ATWATER (290790)  
**Bank Name:** Mechanics Bank  
**Account:** ******2566 - Checking Account  
**Blanket Bond:** $32,583,498.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :   226,956.22  
Net Estate :   $226,956.22

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2566** | 226,956.22 | 1,277.67 | 225,678.55 |
|  | $226,956.22 | $1,277.67 | $225,678.55 |

{} Asset reference(s)